IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIGITAL ENCODING FACTORY, LLC, )<br>MEDIA HOLDINGS, LLC, and )<br>ELECTRONIC DOCUMENT )<br>ASSOCIATES OF INDIANA, INC. )<br>    ) | |
| Plaintiffs, ) | 2:06cv1449<br>Electronic Filing |
| v. ) | |
| ) | Judge David S. Cercone |
| IRON MOUNTAIN INFORMATION )<br>MANAGEMENT, INC., ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Plaintiffs' Complaint was received by the Clerk of Court and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (the "R&R"), filed on July 1, 2007, recommended that Defendants' Motion to Dismiss be denied, but that Defendants' request to strike the plea for attorney's fees should be granted. Objections were filed by the Defendant on July 23, 2007, and a Response was filed by the Plaintiff on August 8, 2007.

After review of the pleadings in the case, together with the Report and Recommendation and the parties' pleadings subsequent thereto, the following Order is entered:

AND NOW, this 15th day of August, 2007:

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is denied, except that the motion to strike Plaintiff's plea for fees is granted.

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.

	_____
	David Stewart Cercone
	United State District Judge

cc:   Honorable Lisa Pupo Lenihan
       United States Magistrate Judge

       Daniel P. Lynch, Esquire
       Lynch Weis
       501 Smith Drive
       Suite 3
       Cranberry Professional Park
       Cranberry Township, PA 16066

       Carrie J. Fletcher, Esquire
       Michael R. Pontrelli, Esquire
       Foley & Lardner
       111 Huntington Avenue
       Boston, MA 02199

       C. Shawn Dryer, Esquire
       Kevin K. Douglass, Esquire
       Babst, Calland, Clements & Zomnir
       Two Gateway Center
       8th Floor
       Pittsburgh, PA 15222